## HooverSlovacek LLP
### Attorneys at Law

P.O. Box 4547
Houston, TX  77210
713-977-8686

May 31, 2013

Digerati Technologies, Inc.
Attn:  Art Smith
3463 Magic Drive, Ste. 259
San Antonio, TX  78229

INVOICE #:  340082   ELR
Billed through:  May 31, 2013
Client/Matter #:  851191      00001

RE:  General


EXHIBIT A

Beginning Trust Balance          $50,000.00

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/13 | DCB | Confer with Mr. Rothberg regarding new matter and initial SEC search. | 0.50 hrs | 275.00 /hr | 137.50 |
| 05/30/13 | KJM | UCC lien research (0.5). Begin researching company for Chapter 11 (1.0). | 1.50 hrs | 130.00 /hr | 195.00 |
| 05/30/13 | ELR | Multiple revisions to the Chapter 11 petition. | 1.00 hrs | 400.00 /hr | 400.00 |
| 05/30/13 | ELR | Lengthy conference calls with client and research relative to venue of Chapter 11 case. | 3.00 hrs | 400.00 /hr | 1,200.00 |
| 05/30/13 | ELR | Lengthy conference calls with litigators to coordinate removal of various pending state court cases and the filing of suggestions of bankruptcy. | 2.50 hrs | 400.00 /hr | 1,000.00 |
| 05/30/13 | ELR | Lengthy conference calls with client and corporate counsel to discuss benefits of Chapter 11 filing. | 2.00 hrs | 400.00 /hr | 800.00 |
| 05/30/13 | MMH | Office conference and email with Ms. Krasoff regarding drafting extension of deadline to file schedules. | 0.40 hrs | 285.00 /hr | 114.00 |
| 05/30/13 | MMH | Review Secretary of State records for information relevant to client's business. | 1.50 hrs | 285.00 /hr | 427.50 |
| 05/30/13 | MMH | | 3.00 hrs | 285.00 /hr | 855.00 |

| Client- | 851191 | 00001 | Bill # 340082 | | | | PAGE | 2 |

| Date | Atty | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 05/30/13 | MMH | Draft background information for pleadings. | 4.00 | hrs | 285.00 | /hr | 1,140.00 |
| 05/30/13 | AEC | Review various documents and relevant information pertaining client business and financial issues. | 1.00 | hrs | 320.00 | /hr | 320.00 |
| 05/30/13 | KJM | Research 28 U.S.C. 1408 and subject matter jurisdiction and propose modifications to official form for voluntary petition. | 2.00 | hrs | 130.00 | /hr | 260.00 |
| 05/30/13 | MSK | Contact noticing companies BMC and Epiq Systems and interview same regarding proposals. | 2.00 | hrs | 185.00 | /hr | 370.00 |
| 05/30/13 | MSK | Reviewed and analyzed documents for preparation of the Chapter 11 Petition. | 1.20 | hrs | 185.00 | /hr | 222.00 |
| 05/30/13 | MSK | Drafted the Chapter 11 Petition. | 1.30 | hrs | 185.00 | /hr | 240.50 |
| 05/31/13 | MMH | Reviewed and revised the Chapter 11 Petition, and filed the same. | 0.50 | hrs | 285.00 | /hr | 142.50 |
| 05/30/13 | DCB | Review relevant information to draft motion to establish procedures to transfer equity shares. | 1.50 | hrs | 275.00 | /hr | 412.50 |
| 05/31/13 | ELR | Additional review of files to identify all litigation cases, parties, etc (.8). Correspondence with litigation team regarding and consideration regarding suggestions of bankruptcy, potential removals, and potential consolidation (.7). | 0.10 | hrs | 400.00 | /hr | 40.00 |
| 05/31/13 | ELR | Review and approve Form 8-k notification. | 0.20 | hrs | 400.00 | /hr | 80.00 |
| 05/31/13 | ELR | Telephone conference with creditor S. Block to discuss reasons for filing. | 0.20 | hrs | 400.00 | /hr | 80.00 |
| 05/31/13 | ELR | Telephone conference with creditor Crist to discuss reasons for filing. | 0.70 | hrs | 400.00 | /hr | 280.00 |
| 05/31/13 | ELR | Conference call with representatives of EPIQ Systems to discuss noticing public shareholders. | 0.10 | hrs | 400.00 | /hr | 40.00 |
| 05/31/13 | ELR | Review need for filing of Form 26. | 0.10 | hrs | 400.00 | /hr | 40.00 |
| 05/31/13 | ELR | Review and respond to email from litigation counsel regarding need to file | | | | | |

Client-    851191    00001       Bill # 340082                                                          PAGE          3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | suggestion of bankruptcy in case on appeal. | | | |
| 05/31/13 | MMH | | 0.40 hrs | 285.00 /hr | 114.00 |
| | | Cursory review of services agreement from Epiq. | | | |
| 05/31/13 | MMH | | 1.00 hrs | 285.00 /hr | 285.00 |
| | | Begin drafting motion to limit notice. | | | |
| 05/31/13 | MMH | | 0.50 hrs | 285.00 /hr | 142.50 |
| | | Review information from Broadridge regarding shareholder list. | | | |
| 05/31/13 | MMH | | 0.30 hrs | 285.00 /hr | 85.50 |
| | | Review and respond to email from Mr. Pratt regarding background information. | | | |
| 05/31/13 | MMH | | 0.40 hrs | 285.00 /hr | 114.00 |
| | | Various email with Ms. Donovan regarding shareholder list. | | | |
| 05/31/13 | MMH | | 0.50 hrs | 285.00 /hr | 142.50 |
| | | Various email and phone conference with client regarding utilities. | | | |
| 05/31/13 | MMH | | 0.50 hrs | 285.00 /hr | 142.50 |
| | | Office conference and email with Ms. Mayle regarding shareholder issues. | | | |
| 05/31/13 | MMH | | 0.50 hrs | 285.00 /hr | 142.50 |
| | | Review various comments and revisions to background information. | | | |
| 05/31/13 | MMH | | 0.50 hrs | 285.00 /hr | 142.50 |
| | | Various email and phone conference with client regarding general bankruptcy issues. | | | |
| 05/31/13 | MMH | | 0.50 hrs | 285.00 /hr | 142.50 |
| | | Various phone conferences with representative at EPIQ regarding noticing services. | | | |
| 05/31/13 | KJM | | 1.00 hrs | 130.00 /hr | 130.00 |
| | | Email discussions regarding stock lists. | | | |
| 05/31/13 | KJM | | 1.00 hrs | 130.00 /hr | 130.00 |
| | | Prepare for and attend conference with Epiq regarding noticing. | | | |

                                                     TOTAL FEES FOR THIS MATTER              $10,510.00

**EXPENSES**                                                                     Pages       Amount

| Date | Description | Pages | Amount |
|---|---|---|---|
| 05/30/13 | Lexis-Nexis Online Research | | 7.52 |
| 05/31/13 | Filing Fee | | 13.29 |
| 05/31/13 | Filing Fee | | 13.29 |
| 05/31/13 | Filing Fee | | 13.29 |
| 05/31/13 | Filing Fee | | 13.29 |

Client-   851191   00001          Bill #  340082                                                    PAGE        4

| | | | |
|---|---|---|---:|
| 05/31/13 | Filing Fee | | 13.29 |
| 05/31/13 | Court Copies (851191-17) | | 2.50 |
| 05/31/13 | Court Copies | | 35.25 |
| 05/31/13 | Postage Expense | | 193.53 |
| 05/31/13 | Research Fee-Secretary of State | | 1.00 |

                          TOTAL EXPENSES FOR THIS MATTER          $306.25

**BILLING SUMMARY:**

| | | | | | |
|---|---|---:|---|---:|---:|
| DCB | Brown, Deirdre C. | 2.00 hrs @ | | $275.00 /hr | $550.00 |
| AEC | Catmull, Annie E. | 1.00 hrs @ | | $320.00 /hr | $320.00 |
| MMH | Haselden, Melissa A. | 14.50 hrs @ | | $285.00 /hr | $4,132.50 |
| MSK | Krasoff, Mazelle S. | 4.50 hrs @ | | $185.00 /hr | $832.50 |
| KJM | Mayle, Kathy J. | 5.50 hrs @ | | $130.00 /hr | $715.00 |
| ELR | Rothberg, Edward L. | 9.90 hrs @ | | $400.00 /hr | $3,960.00 |
| | FEE RECAP TOTALS | 37.40 hrs | | | $10,510.00 |

| | | |
|---|---|---:|
| | TOTAL FEES | $10,510.00 |
| | TOTAL EXPENSES | $306.25 |
| | TOTAL CHARGES FOR THIS BILL | $10,816.25 |

| | |
|---|---:|
| Beginning Trust Balance: | $50,000.00 |
| Trust Transferred to this Invoice: | $0.00 |
| **Ending Trust Balance:** | **$50,000.00** |

                          Federal ID# 76-0381346
              Please Indicate Invoice Number on Your Check

**HooverSlovacek** LLP
Attorneys at Law

P.O. Box 4547
Houston, TX 77210
713-977-8686

May 31, 2013

Digerati Technologies, Inc.
Attn: Art Smith
3463 Magic Drive, Ste. 259
San Antonio, TX  78229

INVOICE #:     340083     ELR
Billed through:   May 31, 2013
Client/Matter #:  851191     00002

RE:   Schedules & Statement, 341, MORS

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/31/13 | ELR | Review and revise 20 largest creditor list. | 0.10 hrs | 400.00 /hr | 40.00 |
| 05/31/13 | KJM | Confer with Mr. Rothberg regarding periodic reporting. | 0.20 hrs | 130.00 /hr | 26.00 |
| 05/31/13 | KJM | Review cases as to parties for service. | 0.50 hrs | 130.00 /hr | 65.00 |
| 05/31/13 | KJM | Emails with American Stock & Transfer regarding stockholders list. | 0.20 hrs | 130.00 /hr | 26.00 |
| 05/31/13 | KJM | Prepare 20 largest creditors list. | 0.50 hrs | 130.00 /hr | 65.00 |
| 05/31/13 | KJM | Work on Schedules D and F, listing of creditors. | 1.00 hrs | 130.00 /hr | 130.00 |
| 05/31/13 | MSK | Reviewed and revised the Motion to Extend the deadline for schedules and statements to include needing additional time for the list of equity holders. | 0.60 hrs | 185.00 /hr | 111.00 |
| 05/31/13 | MSK | Drafted the Motion to Extend the Deadline to File Schedules and Statement of Financial Affairs, and proposed order. | 1.10 hrs | 185.00 /hr | 203.50 |
| 05/31/13 | MSK | Drafted the 2016B Statement, and filed the same. | 0.70 hrs | 185.00 /hr | 129.50 |

TOTAL FEES FOR THIS MATTER               $796.00

Client-     851191   00002         Bill #  340083                                                PAGE         2

## BILLING SUMMARY:

| | | | | |
|---|---|---|---|---|
| MSK | Krasoff, Mazelle S. | 2.40 hrs @ | $185.00 /hr | $444.00 |
| KJM | Mayle, Kathy J. | 2.40 hrs @ | $130.00 /hr | $312.00 |
| ELR | Rothberg, Edward L. | 0.10 hrs @ | $400.00 /hr | $40.00 |
| | FEE RECAP TOTALS | 4.90 hrs | | $796.00 |
| | TOTAL FEES | | | $796.00 |
| | TOTAL CHARGES FOR THIS BILL | | | $796.00 |

Federal ID# 76-0381346

Please Indicate Invoice Number on Your Check

**HooverSlovacek** LLP
Attorneys at Law

P.O. Box 4547
Houston, TX 77210
713-977-8686

May 31, 2013

Digerati Technologies, Inc.
Attn: Art Smith
3463 Magic Drive, Ste. 259
San Antonio, TX 78229

INVOICE #:      340084      ELR
Billed through:   May 31, 2013
Client/Matter #:  851191      00003

RE:   Professionals

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/31/13 | MMH | Review and revise affidavit in support of application to employ Hoover Slovacek. | 0.40 hrs | 285.00 /hr | 114.00 |
| 05/31/13 | MMH | Review and revise application to employ Hoover Slovacek. | 0.50 hrs | 285.00 /hr | 142.50 |
| 05/31/13 | MSK | Reviewed and revised the Application to Employ Hoover Slovacek. | 0.70 hrs | 185.00 /hr | 129.50 |
| 05/31/13 | MSK | Drafted the affidavit and the proposed order for the application to employ Hoover Slovacek. | 1.30 hrs | 185.00 /hr | 240.50 |

TOTAL FEES FOR THIS MATTER        $626.50

## BILLING SUMMARY:

| | | | | | |
|---|---|---|---|---|---|
| MMH | Haselden, Melissa A. | 0.90 hrs @ | $285.00 /hr | | $256.50 |
| MSK | Krasoff, Mazelle S. | 2.00 hrs @ | $185.00 /hr | | $370.00 |
| | FEE RECAP TOTALS | 2.90 hrs | | | $626.50 |
| | TOTAL FEES | | | | $626.50 |
| | TOTAL CHARGES FOR THIS BILL | | | | $626.50 |

Client-        851191    00003            Bill #  340084                                             PAGE         2

Federal ID# 76-0381346

Please Indicate Invoice Number on Your Check

# HooverSlovacek LLP
### Attorneys at Law

P.O. Box 4547
Houston, TX 77210
713-977-8686

May 31, 2013

Digerati Technologies, Inc.
Attn: Art Smith
3463 Magic Drive, Ste. 259
San Antonio, TX 78229

INVOICE #: 340085    ELR
Billed through: May 31, 2013
Client/Matter #: 851191    00011

RE: DIP Financing

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/13 | ELR | Lengthy conference calls with client and potential DIP Lenders to discuss terms of DIP financing. | 1.50 hrs | 400.00 /hr | 600.00 |
| 05/30/13 | MMH | Begin drafting Motion to Approve DIP Financing. | 0.70 hrs | 285.00 /hr | 199.50 |
| 05/31/13 | ELR | Review and comment on background section for DIP motion. | 0.20 hrs | 400.00 /hr | 80.00 |
| 05/31/13 | ELR | Review and comment DIP Loan agreement. | 0.20 hrs | 400.00 /hr | 80.00 |
| 05/31/13 | MMH | Various email and phone conference with client pertaining to DIP motion. | 0.50 hrs | 285.00 /hr | 142.50 |
| 05/31/13 | MMH | Continue drafting Motion to Approve DIP Financing. | 1.00 hrs | 285.00 /hr | 285.00 |
| 05/31/13 | MMH | Draft secured DIP Promissory Note for Hurley Fairview loan. | 1.00 hrs | 285.00 /hr | 285.00 |
| 05/31/13 | MMH | Draft secured DIP Promissory Note for Riverstone Capital loan. | 1.00 hrs | 285.00 /hr | 285.00 |

TOTAL FEES FOR THIS MATTER    $1,957.00

**BILLING SUMMARY:**

| Client- | 851191 | 00011 | Bill # 340085 | | | PAGE | 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MMH | Haselden, Melissa A. | | 4.20 hrs @ | $285.00 /hr | | $1,197.00 |
| ELR | Rothberg, Edward L. | | 1.90 hrs @ | $400.00 /hr | | $760.00 |
| | FEE RECAP TOTALS | | 6.10 hrs | | | $1,957.00 |

TOTAL FEES      $1,957.00

TOTAL CHARGES FOR THIS BILL      $1,957.00

Federal ID# 76-0381346

Please Indicate Invoice Number on Your Check

# HooverSlovacek LLP
### Attorneys at Law

P.O. Box 4547
Houston, TX 77210
713-977-8686

May 31, 2013

Digerati Technologies, Inc.
Attn: Art Smith
3463 Magic Drive, Ste. 259
San Antonio, TX 78229

INVOICE #: 340086 ELR
Billed through: May 31, 2013
Client/Matter #: 851191 00013

RE:   Digerati v. Sonfield Litigation

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/13 | SKR | Review emails and documents from client and review, revise, file and serve Suggestion of Bankruptcy in Digerati Technologies v Sonfield and Sonfield, et al., Cause No. 2013-06483, In the 281st Judicial District Court for Harris County, Texas. | 0.70 hrs | 110.00 /hr | 77.00 |
| 05/30/13 | MSK | Drafted the Suggestion of Bankruptcy in the Sonfield case. | 0.60 hrs | 185.00 /hr | 111.00 |
| 05/31/13 | MSK | Drafted the Suggestion of Bankruptcy to be filed in the 14th Court of Appeals. | 0.80 hrs | 185.00 /hr | 148.00 |
| 05/31/13 | LKW | Pulled case information from Harris County District Clerk for notices of removal. | 1.30 hrs | 100.00 /hr | 130.00 |
| 05/31/13 | DCB | Draft motion to transfer venue. | 2.00 hrs | 275.00 /hr | 550.00 |

TOTAL FEES FOR THIS MATTER            $1,016.00

## BILLING SUMMARY:

| Atty | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| DCB | Brown, Deirdre C. | 2.00 hrs @ | $275.00 /hr | $550.00 |
| MSK | Krasoff, Mazelle S. | 1.40 hrs @ | $185.00 /hr | $259.00 |
| SKR | Ray, Samantha K. | 0.70 hrs @ | $110.00 /hr | $77.00 |
| LKW | Welborn, Lorna K. | 1.30 hrs @ | $100.00 /hr | $130.00 |
| | FEE RECAP TOTALS | 5.40 hrs | | $1,016.00 |

Client-      851191   00013          Bill #  340086                                              PAGE         2

        TOTAL FEES                                                            $1,016.00
        TOTAL CHARGES FOR THIS BILL                                           $1,016.00

Federal ID# 76-0381346

Please Indicate Invoice Number on Your Check

# HooverSlovacek LLP
### Attorneys at Law

P.O. Box 4547
Houston, TX 77210
713-977-8686

May 31, 2013

Digerati Technologies, Inc.
Attn: Art Smith
3463 Magic Drive, Ste. 259
San Antonio, TX 78229

INVOICE #:    340087    ELR
Billed through:    May 31, 2013
Client/Matter #:    851191    00014

RE:    Digerati v. Oleum Capital Litigation

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/13 | SKR | Review emails and documents from client and review, revise, file and serve Suggestion of Bankruptcy in Digerati Technologies v Oleum Capital LLC, Case No. 2:13-cv-00191-GMN-VCF, In the U.S. District Court for the District of Nevada. | 0.70 hrs | 110.00 /hr | 77.00 |
| 05/30/13 | MSK | Drafted the Suggestion of Bankruptcy in the Digerati vs. Oleum Capital Case. | 0.60 hrs | 185.00 /hr | 111.00 |

TOTAL FEES FOR THIS MATTER     $188.00

## BILLING SUMMARY:

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MSK | Krasoff, Mazelle S. | | 0.60 hrs @ | $185.00 /hr | $111.00 |
| SKR | Ray, Samantha K. | | 0.70 hrs @ | $110.00 /hr | $77.00 |
| | FEE RECAP TOTALS | | 1.30 hrs | | $188.00 |

TOTAL FEES     $188.00

TOTAL CHARGES FOR THIS BILL     $188.00

Federal ID# 76-0381346
Please Indicate Invoice Number on Your Check

# HooverSlovacek LLP
Attorneys at Law

P.O. Box 4547
Houston, TX 77210
713-977-8686

May 31, 2013

Digerati Technologies, Inc.
Attn: Art Smith
3463 Magic Drive, Ste. 259
San Antonio, TX 78229

INVOICE #:       340088       ELR
Billed through:  May 31, 2013
Client/Matter #: 851191       00015

RE:   Rhodes Holdings v. Gorham Litigation

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/13 | SKR | Review emails and documents from client and review, revise, file and serve the Suggestion of Bankruptcy in Rhodes Holdings, et al v Gorham, et al., Cause No. 2013-CI-02253, In the 258th District Court for Bexar County, Texas. | 0.70 hrs | 110.00 /hr | 77.00 |
| 05/30/13 | MSK | Drafted the Suggestion of Bankruptcy in the Rhodes case. | 0.60 hrs | 185.00 /hr | 111.00 |
| 05/31/13 | MSK | Emailed the file stamped Bexar County Suggestion of Bankruptcy to the clients and state court attorneys. | 0.20 hrs | 185.00 /hr | 37.00 |
| 05/31/13 | MSK | Reviewed and revised the Suggestion of Bankruptcy to file in Bexar County, and filed the same. | 0.40 hrs | 185.00 /hr | 74.00 |
| 05/31/13 | DCB | Review notice of removal of Bexar County case and all related state court proceedings filed with same. | 0.50 hrs | 275.00 /hr | 137.50 |

TOTAL FEES FOR THIS MATTER    $436.50

## BILLING SUMMARY:

| Code | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| DCB | Brown, Deirdre C. | 0.50 hrs @ | $275.00 /hr | $137.50 |
| MSK | Krasoff, Mazelle S. | 1.20 hrs @ | $185.00 /hr | $222.00 |
| SKR | Ray, Samantha K. | 0.70 hrs @ | $110.00 /hr | $77.00 |
| | FEE RECAP TOTALS | 2.40 hrs | | $436.50 |

Client-    851191  00015        Bill #  340088                                                    PAGE        2

|                              |          |
|------------------------------|---------:|
| TOTAL FEES                   | $436.50  |
| TOTAL CHARGES FOR THIS BILL  | $436.50  |

Federal ID# 76-0381346

Please Indicate Invoice Number on Your Check

# HooverSlovacek LLP
### Attorneys at Law

P.O. Box 4547
Houston, TX 77210
713-977-8686

May 31, 2013

Digerati Technologies, Inc.
Attn: Art Smith
3463 Magic Drive, Ste. 259
San Antonio, TX 78229

INVOICE #: 340089 ELR
Billed through: May 31, 2013
Client/Matter #: 851191   00016

RE: Sonfield v. Albeck Litigation

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/13 | SKR | | 0.70 hrs | 110.00 /hr | 77.00 |

Review emails and documents from client and review, revise, file and serve the Suggestion of Bankruptcy in Robert Sonfield, Jr. v Albeck, et al., Cause No. 2013-05429, In the 129th Judicial District Court for Harris County, Texas.

| 05/30/13 | MSK | | 0.60 hrs | 185.00 /hr | 111.00 |

Drafted Suggestion of Bankruptcy in the Sonfield v. Albeck case.

TOTAL FEES FOR THIS MATTER     $188.00

**BILLING SUMMARY:**

| MSK | Krasoff, Mazelle S. | 0.60 hrs @ | $185.00 /hr | $111.00 |
| SKR | Ray, Samantha K. | 0.70 hrs @ | $110.00 /hr | $77.00 |
| | FEE RECAP TOTALS | 1.30 hrs | | $188.00 |

TOTAL FEES     $188.00

TOTAL CHARGES FOR THIS BILL     $188.00

Federal ID# 76-0381346
Please Indicate Invoice Number on Your Check

# HooverSlovacek LLP
### Attorneys at Law

P.O. Box 4547
Houston, TX  77210
713-977-8686

May 31, 2013

Digerati Technologies, Inc.
Attn:  Art Smith
3463 Magic Drive, Ste. 259
San Antonio, TX  78229

INVOICE #:       340090       ELR
Billed through:   May 31, 2013
Client/Matter #:  851191       00017

RE:   Recap Marketing v. Jaclin Litigation

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/13 | SKR | Review emails and documents from the client and review, revise, file and serve the Suggestion of Bankruptcy in Recap Marketing v Jaclin, et al, Cause No. 2013-04580 in the 157th Judicial District Court for Harris County, Texas. | 0.70 hrs | 110.00 /hr | 77.00 |
| 05/30/13 | MSK | Drafted the Suggestion of Bankruptcy in the Recap Marketing Case. | 0.60 hrs | 185.00 /hr | 111.00 |

TOTAL FEES FOR THIS MATTER     $188.00

**BILLING SUMMARY:**

| | | | | |
|---|---|---|---|---|
| MSK | Krasoff, Mazelle S. | 0.60 hrs @ | $185.00 /hr | $111.00 |
| SKR | Ray, Samantha K. | 0.70 hrs @ | $110.00 /hr | $77.00 |
| | FEE RECAP TOTALS | 1.30 hrs | | $188.00 |

TOTAL FEES                                            $188.00

TOTAL CHARGES FOR THIS BILL               $188.00

Federal ID# 76-0381346
Please Indicate Invoice Number on Your Check